STATE of Missouri, Respondent,

v.

Kenneth J. KIRKHAM, Appellant.

WD 79685

Missouri Court of Appeals,
Western District.

Filed: April 11, 2017

Joshua J. Meyer, Lance M. McClamroch, Jefferson City for appellant.

Joel Reschly, Jefferson City for respondent.

Before Division Two: Cynthia L. Martin, Presiding Judge, Lisa White Hardwick and Alok Ahuja, Judges

### ORDER

Per Curiam

Kenneth Kirkham appeals from the judgment denying his motion to set aside default judgment. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment. Rule 84.16(b).

John RUCKER, Appellant,

v.

STATE of Missouri, Respondent.

WD 79475

Missouri Court of Appeals,
Western District.

Order filed: April 11, 2017

Mark A. Grothoff, for Appellant

Dora Fichter, for Respondent

Before Division Three: Karen King Mitchell, Presiding Judge, Victor C. Howard, Judge and Gary D. Witt, Judge

### ORDER

PER CURIAM:

John Rucker appeals the judgment of the trial court denying his Rule 29.15 motion for post-conviction relief. Rucker sought to vacate his conviction for three counts of forcible rape, section 566.030, two counts of forcible sodomy, section 566.060, and two counts of felonious restraint, section 565.120, and sentence of thirty-seven years imprisonment. He claims that he received ineffective assistance of counsel when his counsel failed to call an additional witness and failed to file a motion to sever the charges regarding the two victims. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).